UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 2:23-cv-00668-JLB-KCD

MAR BELLA FT. MYERS III, LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mar Bella Ft. Myers III, LLC, and Defendant, Westchester Surplus Lines Insurance Company, hereby advise the Court that the parties have reached a settlement in this action. The parties are in the process of finalizing a written settlement agreement. The parties will file a Joint Stipulation for Dismissal with Prejudice upon the final execution of the settlement agreement.

    Respectfully submitted,

| **WELT & RHEAUME, P.A.** | **COZEN O'CONNOR** |
|---|---|
| By:  /s/ Juan Escar       | By:  /s/ Chad Pasternack       |
| Juan Escar, Esq. | Chad A. Pasternack |
| Florida Bar No. 064806 | Florida Bar No. 117885 |
| 4770 Hollywood Boulevard | cpasternack@cozen.com |
| Hollywood, Florida 33021 | 1801 North Military Trail, Suite 200 |
| (954) 966-4646 | Boca Raton, FL 33431 |

LEGAL\65824227\1

Email: cw@weblawfl.com  
      service@weblawfl.com

Telephone: (561) 750-3850  
Facsimile: (561) 245-6209

*Counsel for Plaintiff*

*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                              /s/ Chad A. Pasternack  
                              Chad A. Pasternack

**SERVICE LIST**

*Counsel for Plaintiff*  
Juan Escar, Esq.  
WELT & RHEAUME, P.A.  
4770 Hollywood Boulevard  
Hollywood, Florida 33021  
(954) 966-4646  
Email: cw@weblawfl.com  
      service@weblawfl.com